IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SUMIKO BESSER, an individual, | ) | CV. NO. 07-00437 SOM-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, a For-Profit Corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING PLAINTIFF'S MOTION FOR DISCOVERY

Plaintiff's Motion for Discovery was heard on February 27, 2008. The Court incorporates herein its opinion, orally delivered at the conclusion of the February 27, 2008 hearing. For the reasons stated therein, the Court GRANTS Plaintiff's Motion for Discovery.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: February 27, 2008