AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| SUMIKO BESSER, | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | CIV. NO. 07-00437 BMK |
| V. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA. | |
| Defendant(s). | |

[  ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that final judgment is entered in Besser's favor and against Prudential in the  amount of $816,701.54 ($385,247.45 in past-due benefits, $346,956.75 in  attorneys' fees, $25,839.82 in costs and expenses, and $58,657.52 in pre-judgment interest), pursuant to the "Order Denying Plaintiff's Motion For: (1) Leave of Court to Submit Motion for Summary Judgment on  Issue of Disability During Any Occupation Period; and (2)  Entry of Separate Judgment on Benefits for 2-year Period" issued by Magistrate Judge Barry M. Kurren on December 22, 2009.

| | |
|---|---|
| December 22, 2009 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by BA |
| | (By) Deputy Clerk |