McKennon | Schindler
ROBERT J. MCKENNON (CA Bar 123176)
rm@mslawllp.com
384 Forest Avenue, Suite 20
Laguna Beach, California 92651
Telephone: (949) 436-7529
Facsimile: (949) 464-9714

Goodsill Anderson Quinn & Stifel
A Limited Liability Law Partnership LLP
JOHN K LACY (HI Bar 1397-0)
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880
Attorneys for Defendant
The Prudential Insurance Company of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF HAWAII

| | |
|---|---|
| SUMIKO BESSER, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA, A For-Profit Corporation,<br><br>　　　　Defendants. | CASE NO.: CV07-00437 BMK<br><br>**DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER THEREON**<br><br><br>Complaint Filed: August 20, 2007 |

Defendant The Prudential Insurance Company of America hereby substitutes Robert J. McKennon of McKennon | Schindler LLP located at 384 Forest Avenue, Suite 20, Laguna Beach, California 92651, who is duly admitted to practice law in all courts in the State of California, and is admitted to practice before this court *pro hac vice*, as attorney of record in place and instead of Scott E. Calvert of Barger & Wolen LLP.

GOOD CAUSE exists for this request for a substitution of counsel as Mr. McKennon, who was formerly a partner with Barger & Wolen LLP and had primary responsibility for this matter, has joined a new law firm. Barger & Wolen LLP will have no further involvement in this matter.

The Prudential Insurance Company of America is aware that it cannot appear without counsel admitted to practice before this court, and, absent prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken and default judgment or other sanctions may be imposed against it.

Pursuant to Local Rule 83.6, The Prudential Insurance Company of American's contact information is as follows:

> The Prudential Insurance Company of America
> Attn: Len Giusti, Esq.
> 290 West Mount Pleasant Avenue
> Livingston, NJ 070390
> Phone: (973) 548-6573

Dated: January 13, 2010         McKennon & Schindler LLP

By: /s/ Robert J. McKennon
ROBERT J. MCKENNON
Substituted Counsel for Defendant
The Prudential Insurance Company of America

Dated: January 13, 2010         Barger & Wolen LLP

By: /s/ Scott E. Calvert
SCOTT E. CALVERT
Current Counsel for Defendant
The Prudential Insurance Company of America

Dated: January 13, 2010         THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

By: _____
LEN GIUSTI
Designated Representative

**IT IS SO ORDERED.**

DATED: _____        _____
THE HONORABLE BARRY M. KURREN, UNITED STATES DISTRICT JUDGE